(R.D. 11310)

INTERNATIONAL SEAWAY TRADING CORP. v. UNITED STATES

Entry No. 747464, etc.

(Decided May 23, 1967)

*Sharretts, Paley & Carter* for the plaintiff.
*Carl Eardley*, Acting Assistant Attorney General, for the defendant.

WATSON, Judge: When these appeals were called for trial, the same were submitted without any further evidence tending to overcome the appraised values.

Examination of the official papers discloses nothing to overcome the presumptively correct values for the merchandise. Accordingly, I find and hold that the proper values of the merchandise are the values returned by the appraiser.

Judgment will be entered accordingly.